# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| JAMES BROADHEAD, | ) |
| Plaintiff, | ) |
| v. | ) CA 13-190-CB-N |
| ASHLEY WALLS, | ) |
| Defendant. | ) |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated June 20, 2013 is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this the 24th day of July, 2013.

s/*Charles R. Butler, Jr.*
**Senior United States District Judge**